1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
MARY P. PARNOW
4 Special Assistant United States Attorney

5 333 Market Street, Suite 1500
San Francisco, California 94105
6 Telephone: (415) 977-8943
Facsimile: (415) 744-0134
7 E-Mail: mary.parnow@ssa.gov

8 Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| JOSHUA SMITH, | ) | No. EDCV 08-0671 JTL |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: January 27, 2009

JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE