1

Law Offices of Bill LaTour

2

Bill LaTour [SBN: 169758]

3

    11332 Mountain View Ave., Suite C

    Loma Linda, California 92354

4

    Telephone: (909) 796-4560

5

    Facsimile:  (909) 796-3402

    E-Mail: Bill.latour@verizon.net

6

7

Attorney for Plaintiff

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

| JOSHUA SMITH, | ) | No.  EDCV 08-671 JTL |
|---|---|---|
11
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
12
| v. | ) | EAJA FEES |
13
| | ) | |
14
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
15
| SECURITY, | ) | |
16
| | ) | |
| Defendant. | ) | |
17

18

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be

20

awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount

21

TWO THOUSAND THREE HUNDRED DOLLARS and 00/cents ($2,300.00), as

22

authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced

23

Stipulation.

24

DATED:  March 23, 2009    /s/Jennifer T. Lum  _____

25

26

    HON. JENNIFER T. LUM

    UNITED STATES MAGISTRATE JUDGE

27

28

-1-